**Order filed November 23, 2016**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00845-CV

———————

### RICHARD SAAD, JR., Appellant

### V.

### VRISELDA R. VALDEZ, ET AL, Appellee

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2011-17650**

## O R D E R

The clerk's record was filed November 13, 2015. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain a complete copy of PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, COUNTER-DEFENDANT'S RESPONSE TO COUNTER-PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFF'S

TRADITIONAL MOTION FOR SUMMARY JUDGMENT FILED JULY 24, 2014.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before November 30, 2016, containing a complete copy of PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, COUNTER-DEFENDANT'S RESPONSE TO COUNTER-PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFF'S TRADITIONAL MOTION FOR SUMMARY JUDGMENT FILED JULY 24, 2014.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM